513 P.2d 1265

**Robert ATENCIO, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9794.

Supreme Court of New Mexico.

Aug. 13, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1119, 85 N.M. 484, 513 P.2d 1266 be and the same is hereby returned to the Clerk of the Court of Appeals.

513 P.2d 1265

**Frederick E. MORRIS, Petitioner,**

v.

**DODGE COUNTRY, INC., et al., Respondents.**

No. 9795.

Supreme Court of New Mexico.

Aug. 16, 1973.

Original Proceeding on Certiorari

Ordered that motion for extension to complete filing of Petition for Writ of Certiorari be and the same is hereby denied.

Further ordered that Petition for Writ of Certiorari directed to the Court of Appeals, 85 N.M. 491, 513 P.2d 1273, be and the same is hereby denied as not being timely.

513 P.2d 1265

**Patricio B. ESQUIBEL, Petitioner,**

v.

**BROWN CONSTRUCTION COMPANY, INC. and Mountain States Mutual Casualty Company, Respondents.**

No. 9782.

Supreme Court of New Mexico.

Aug. 16, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1177, 85 N.M. 487, 513 P.2d 1269 be and the same is hereby returned to the Clerk of the Court of Appeals.

513 P.2d 1265

**Gino Lee MADRIGAL, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9806.

Supreme Court of New Mexico.

Aug. 24, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1117, 85 N.M. 496, 513 P.2d 1278 be and the same is hereby returned to the Clerk of the Court of Appeals.